**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X
DIVISION 1181 AMALGAMATED TRANSIT
UNION — NEW YORK EMPLOYEES PENSION
FUND, by its trustees,

                Plaintiff,                  13 **CIVIL** 9112 (PKC)

     -against-                       **JUDGMENT**

NEW YORK CITY DEPARTMENT OF
EDUCATION,
              Defendant.
-------------------------------------------------------------X

      New York City Department of Education ("DOE") having moved for summary judgment in its favor, and the matter having come before the Honorable P. Kevin Caastel, United States District Judge, and the Court, on August 30, 2017, having rendered its Memorandum and Order granting the DOE's motion for summary judgment, and directing the Clerk to enter judgment for the defendant and closed the case, it is,

      **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum and Order dated August 30, 2017, the DOE's motion for summary judgment is granted and judgment is entered for the defendant; accordingly, the case is closed.

**Dated:** New York, New York
          August 31, 2017

                                        RUBY J. KRAJICK
                                        Clerk of Court
                   BY:
                                        Deputy Clerk

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/31/2017